UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Socket Solutions, LLC<br><br>          Plaintiff,<br>v.<br><br>Target Corporation,<br><br>          Defendant. | Case No. _____<br><br>JURY TRIAL DEMANDED |

## **NOTIFICATION AS TO AFFILIATES**

Plaintiff Socket Solutions, LLC provides the following information required by Local Rule 3.2 of this Court and Rule 7.1 of the Federal Rules of Civil Procedure:

Socket Solutions, LLC is a limited liability corporation having one "affiliate" as that term is defined in Local Rule 3.2: Michael G. Insalaco (an individual).

                                                                         Respectfully submitted,

Dated: January 2, 2023                    /s/ Edward H. Rice_____
                                                                   Law Office of Edward H. Rice, LLC
                                                                   555 Skokie Blvd., Suite 500
                                                                   Northbrook, IL 60062
                                                                   ed@edwardricelaw.com
                                                                   (312) 953-4566