UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Socket Solutions, LLC<br><br>                Plaintiff,<br>   v.<br><br>Target Corporation,<br><br>                Defendant. | Case No. _____<br><br>JURY TRIAL DEMANDED |

### **NOTICE OF CLAIMS INVOLVING PATENTS**

Plaintiff Socket Solutions, LLC provides the following information required by Local Rule 3.4 of this Court and 35 U.S.C. §290:

- This action includes a claim for patent infringement of U.S. Patent No. 9,509,080 by Plaintiff Socket Solutions LLC, headquartered in Houston, Texas against Defendant Target Corporation, headquartered in Minneapolis, Minnesota.

- The named inventor on U.S. Patent No. 9,509,080 is Michael George Insalaco of Houston, Texas. The patent is assigned to Socket Solutions, LLC.

Respectfully submitted,

Dated: January 2, 2023

/s/ Edward H. Rice_____
Law Office of Edward H. Rice, LLC
555 Skokie Blvd., Suite 500
Northbrook, IL 60062
ed@edwardricelaw.com
(312) 953-4566