UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Socket Solutions, LLC <br><br>      Plaintiff, <br>  v. <br><br> Target Corporation, <br><br>      Defendant. | Case No. 1:23-cv-00005 <br><br> Judge Elaine E. Bucklo <br> Magistrate Judge Susan E. Cox |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Socket Solutions, LLC ("SSL"), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, gives notice that this action is voluntarily dismissed. Defendant Target Corporation has not served either an answer or a motion for summary judgment. The underlying dispute having been resolved, SSL now voluntarily dismisses this action, without prejudice.

 

                                   Respectfully submitted,

Dated: January 25, 2023            /s/ Edward H. Rice
                               Law Office of Edward H. Rice, LLC
                               555 Skokie Blvd., Suite 500
                               Northbrook, IL 60062
                               ed@edwardricelaw.com
                               (312) 953-4566